**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY and AMERICAN CONTRACTORS INDEMNITY COMPANY | PLAINTIFFS |
| v. NO. 4:17CV00699 JLH | |
| CMM MECHANICAL, LLC; ROBERT A. HALL, JR., as Trustee of Robert A. Hall Revocable Trust and Dolores A. Hall Revocable Trust; CARY PARKS; and SUSAN PARKS | DEFENDANTS |

## JUDGMENT

The plaintiffs have filed a motion for entry of default judgment against CMM Mechanical, LLC, and Susan Parks. The Clerk's entry of default having previously been entered, the motion for default judgment is GRANTED. Document #19. The motion establishes liquidated damages in the amount of $313,517.80 and reasonable attorneys' fees in the amount of $61,299.68. Judgment is therefore entered in favor of U.S. Specialty Insurance Company and American Contractors Indemnity Company against CMM Mechanical, LLC, and Susan Parks, jointly and severally, in the total amount of $374,817.48 plus post-judgment interest to accrue at the rate of 2.27% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 16th day of May, 2018.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE